# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY T. WILLIAMS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-01141 (UNA) |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, is hereby

**ORDERED** that petitioner's application to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that petitioner's motion to set aside conviction, ECF No. 1, and this civil action, are **DISMISSED** without prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  May 9, 2023

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge